IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
BROTHERHOOD MUTUAL INSURANCE CO.,    :
                                     :
         Plaintiff,                  :    CIVIL ACTION
                                     :
    v.                               :
                                     :    NO. 10-cv-7072
SALEM BAPTIST CHURCH                 :
OF JENKINTOWN,                       :
                                     :
         Defendant.                  :
```

**ORDER**

AND NOW, this 26th day of April, 2012, upon consideration of the Motion to Intervene filed on behalf of Walter Logan and the Delta Alliance, LLC (ECF No. 3) and memoranda in response thereto (ECF Nos. 12, 24, 25), the Petition to Intervene filed on behalf of the Estate of Lester Mack (ECF No. 22) and Plaintiff's Brief in Opposition thereto (ECF No. 26), it is hereby ORDERED as follows:

1. Walter Logan and Delta Alliance, LLC's Motion (ECF No. 3) is GRANTED in part and DENIED in part.

2. The Estate of Lester Mack's Petition (ECF No. 22) is GRANTED in part and DENIED in part.

3. Walter Logan, Delta Alliance, LLC and the Estate of Lester Mack are JOINED as required defendants in the present action.  See Fed. R. Civ. P. 19(a)(2).

```
                                        BY THE COURT:



                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER, C.J.
```