**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY, | : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 10-CV-7072 |
| SALEM BAPTIST CHURCH OF JENKINTOWN, et al., | : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this    1st    day of November, 2013, following Non-Jury Trial in this matter on July 8, 2013 and for the reasons set forth in the preceding Decision, and the Court having found that coverage is in effect under Policy No. 37M5A0381574 for Salem Baptist Church of Jenkintown, its leaders, employees and/or appointed persons for the claims raised against them in Civil Action Nos. 10-CV-0144 and 10-CV-5536, it is hereby ORDERED that Judgment is entered in favor of Defendants and Intervening Defendants and against Plaintiff on Plaintiff's Amended Complaint and Plaintiff is DIRECTED to provide a defense and, in the event that judgment is entered against the church defendants in the above-captioned actions, to indemnify those defendants up to and in accordance with the limits of liability established under the

said policy.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER,    J.